DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MARK E. WOOLF
Assistant United States Attorney
ELLINOR R. CODER
Special Assistant United States Attorney
160 Spear Street Suite 800
San Francisco, CA 94105
Ph: (415) 977-8955
Fax: (415) 744-0134
Email: Ellinor.Coder@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW KORINEK, | Case No.: 2:15-cv-0496-GMN-NJK |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Remand, due on August 14, 2015, by 30 days, through and including September 13, 2015. This is Defendant's first request for an extension of time.

The instant request is not intended to cause delay and is necessary because assigned counsel has two other district court briefs due in the same week in addition to a court appearance and non-litigation deadlines.

-1-

Counsel for Defendant conferred with Plaintiff's counsel on August 11, 2015, and Plaintiff's counsel has no opposition to this motion.

Respectfully submitted this 11th day of August 2015.

DANIEL G. BOGDEN
United States Attorney

//s// *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 12, 2015