# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW W. KORINEK, | Case No. 2:15-cv-00496-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Docket Nos. 16, 21) |
| Defendant(s). | |

Pending before the Court is Plaintiff's Motion for Reversal and/or Remand, and the Commissioner's Cross-Motion to Affirm. Docket No. 16, 21. The Court hereby **SETS** a telephonic hearing on those motions for 11:00 a.m. on April 20, 2016. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge