DANIEL G. BOGDEN
United States Attorney
strict of Nevada

DANIEL TALBERT
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 436-6559
Facsimile: (415) 744-0134
Email: daniel.talbert@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW KORINEK, | ) |
| | ) Case No. 2:15-CV-00496-GMN-NJK |
| Plaintiff, | ) |
| | ) **NOTICE OF CHANGE OF ATTORNEY** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

///

///

///

///

///

///

///

///

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant United States Attorney (SAUSA) as its counsel of record in the above-captioned case:

> Daniel Talbert
> Special Assistant United States Attorney
> Social Security Administration
> 160 Spear Street, Suite 800
> San Francisco, CA 94105
> Telephone: (415) 436-6559
> Facsimile: (415) 744-0134
> Email: dabiel.talbert@ssa.gov

**SAUSA Carolyn Chen should be terminated and receive no further notifications from the Court's CM/ECF system.**

Respectfully submitted,

DATED: March 18, 2016

DANIEL G. BOGDEN
United States Attorney

*/s/* Daniel Talbert
DANIEL TALBERT
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED.
Dated: April 12, 2016

_____
United States Magistrate Judge